# United States Court of Appeals
## For the First Circuit

No. 05-1202

UNITED STATES OF AMERICA,

Appellee,

v.

JOHAN TORRES-ROSARIO,

Defendant, Appellant.

ERRATA

The opinion of this Court, issued on May 8, 2006, should be amended as follows:

On page 7, line 7 of 1st paragraph, replace single dash between "silence" and "although" with a double dash.